JOSEPH VARGHA v. FERDINAND J. SIEGHARDT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES DRURY and Others, and LANGFELDER and Another, as Ancillary Receivers, etc., v. HENRY L. DOHERTY, as Survivor, etc., and Others, Impleaded with GERTRUDE CORLESS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADELE C. WRIGHT v. HARRY S. BABCOCK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAULINE N. HARRIS v. MULHERN STEAM HEATING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BUTLER v. JOSEPH WARREN, Police Commissioner of the City of New York.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MURRAY FERSHING.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VITO VITALE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY A. SCHULMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SADIE WEISS v. EMMA ARANOW and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

S. J. ROTH CO., INC., v. ELMER A. DARLING and JOHN L. ECCLES CO., INC. RAMDEE REALTY CORPORATION and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PRESS OF JOSEPH D. McGUIRE, INC., v. NORTH AMERICAN TITLE GUARANTY COMPANY and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VICTOR G. DUNNINGTON and Others v. M. J. MERKIN PAINT CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM KAUFMAN and HARRY KAUFMAN v. WILLIAM YOOST.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GITEL DOBRIKIN and JOSEPH DOBRIKIN v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUBY E. WYLDE v. PIERRE OPERATING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.